Lyman R. Bradley, Appellant, *v.* New York University, Respondent.

Argued April 22, 1954; decided May 20, 1954.

*Royal W. France* for appellant.

*Stuart N. Updike, John R. Schoemer, Jr.,* and *Robert M. Reagan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.